IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK HELSTROM, )
 )
         Petitioner, )
 )
v. ) Case No. 25-3096-JWL
 )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT (ICE), )
 )
         Respondent. )
 )
_____)

## ORDER OF DISMISSAL

Petitioner Mark Helstrom has filed *pro se* a petition for habeas corpus pursuant to 28 U.S.C. § 2241, by which he challenges the detention of his wife by immigration officials. Petitioner states in his petition that his wife is presently confined in a prison in Springfield, Missouri, outside this judicial district. Thus, this Court lacks jurisdiction to consider the petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (confirming "the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement"). Any such petition must be filed in the United States District Court for the Western District of Missouri.[1] Accordingly, the petition is hereby **dismissed for lack of jurisdiction**.

---

[1] In addition, the Court notes that ordinarily such relief must be sought by the detainee herself, and the petition does not appear to include facts sufficient to establish that petitioner is entitled to seek relief for his wife as her "next friend". *See Whitmore v. Arkansas*, 495 U.S. 149, 163-64 (1990) ("next friend" must provide an adequate explanation, such as inaccessibility or disability, why the real party in interest cannot bring the action on her own behalf).

IT IS SO ORDERED.

Dated this 16th day of May, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge
