# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MARK HELSTROM,**

        **Petitioner,**

v.                                                                    Case No. 25-3096-JWL

**IMMIGRATION AND CVUSTOMS ENFORCEMENT,**

        **Respondent.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the petition is dismissed for lack of jurisdiction.

Entered on the docket 05/16/25

**Dated: May 16, 2025**                         SKYLER B. O'HARA
                                                         CLERK OF THE DISTRICT COURT

                                                           <u>s/S. Nielsen-Davis</u>
                                                           **Deputy Clerk**